### 16576. CARTER v. THE STATE.

LUKE, J. 1. The excerpt from the charge of the court, complained of in the 1st ground of the amendment to the motion for a new trial, clearly intimated that a crime had been committed. This was reversible error. *Phillips* v. *State,* 131 *Ga.* 426 (62 S. E. 239) ; *Green* v. *State,* 7 *Ga. App.* 803 (68 S. E. 318).

2. The relationship of the jurors to the prosecutor was not definitely established, and the affidavits of the supporting witnesses were defective in that the names of the affiants' associates were not given.

Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.

DECIDED OCTOBER 6, 1925.

Dynamiting fish; from city court of Baxley—Judge Speer. April 29, 1925.

In that part of the charge to which the foregoing decision refers the judge said, "I charge you, with reference to this crime, that if you find that this crime was committed on a stream of water which was the boundary of two county lines,' the court of either county may maintain jurisdiction;" that if the jury should find that "the crime was committed" on the Tattnall side of the center of the main channel of the Altamaha river, they could convict the defendant, etc.

*V. E. Padgett,* for plaintiff in error.

*Wade H. Watson, solicitor,* contra.